# MEMORANDUM CASES.

[Civ. No. 957. Third Appellate District.—September 30, 1912.]

## THE PEOPLE, Respondent, v. QUONG SING and SING KEE, Appellants.

APPEAL FROM ORDER DENYING NEW TRIAL—ORDER REVERSED UPON STIPU-LATION.—Agreeably to the stipulation of the parties, the order deny-ing a new trial is reversed on the authority of *People* v. *Quong Sing,* *ante,* p. 26.

APPEAL from an order of the Superior Court of Placer County denying a new trial. J. E. Prewitt, Judge.

Meredith & Landis, and John M. Fulweiler, for Appellants.

Chas. A. Tuttle, District Attorney, and Ben F. Tabor, for Respondents.

CHIPMAN, P. J.—Agreeably to stipulation of the parties, the appeal in this cause, from the order denying defendants' motion for a new trial, was submitted to be heard and de-termined in the appeal from the judgment in the same cause, No. 903, *ante,* p. 26 [127 Pac. 1052].

For the reasons stated in the opinion this day filed in No. 903, the order is reversed.

Burnett, J., and Hart, J., concurred.